OPINION — AG — PURSUANT TO A SPECIAL BOND ELECTION CONDUCTED APRIL 1, 1975, BY LOGAN COUNTY FOR THE PURPOSE OF AUTHORIZING THE CONSTRUCTION OF A LOGAN COUNTY HOSPITAL, SAID HOSPITAL CAN BE CONSTRUCTED ON LAND OWNED BY A CITY WITHIN THE COUNTY UPON WHICH THE COUNTY HAS A LONG TERM LEASE VESTING OWNERSHIP OF THE HOSPITAL BUILDING AND APPURTENANCES IN THE COUNTY. (MIKE D. MARTIN)